## Commonwealth *v.* Clopton, Appellant.

Argued June 8, 1970. *Jeffry A. Mintz,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *J. Bruce McKissock,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

MONTGOMERY and HOFFMAN, JJ., would reverse and grant a new trial.